UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In Re: Raymond Paul Link, and,            Chapter 7
      Rhonda Sue Link

      Debtors                                  Case No. 2016-23475-SVK-7
_____

Motion to Extend Time for Filing of Documents Required by 11 U.S.C. § 521 and Fed. R. of Bankr. Pro. 1007(c)
_____

The above-named Debtors, Raymond and Rhonda Link, by and through his attorneys, Miller and Miller Law Offices, LLC, hereby file this Motion to Extend Time. The following is shown to the Court in support of this motion:

1. The Debtors filed a voluntary Chapter 7 petition on April 14, 2016. The Debtors filed their petition without the schedules and other necessary filings.
2. The Debtors have reviewed their petition with their counsel and have determined that several items are needed to complete the voluntary petition. The Debtors need to submit copies of their 2014 taxes, pay stubs and a copy of their whole life insurance paperwork.
3. The Debtors' counsel has a duty to perform a reasonable investigation into the circumstances that gave rise to the petition. 11 U.S.C. § 707(b)(4)(C).
4. The Debtors' expect to have their bankruptcy schedules completed by May 11, 2016.
5. The Debtors assert that they can have their schedules completed and filed before the Meeting of Creditors on May 18, 2016.

WHEREFORE, the Debtors respectfully request this Court to grant this Motion to Extend Time for filing the completed bankruptcy schedules and extend the deadline to file all such documents to May 11, 2016.

Dated at Milwaukee, Wisconsin this 28th day of April, 2016.

                                                /s/
                                  Miller and Miller Law, LLC
                                  Attorneys for Debtor
                                  By: Krysta Kerr
                                  State Bar No. 1084765