THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 28, 2016



Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

| | |
|---|---|
| In Re: Raymond Paul Link, and, Rhonda Sue Link | Chapter 7 |
| Debtors | Case No. 2016-23475-SVK-7 |

_____

**Order to Extend Time for Filing of Documents Required by 11 U.S.C. § 521 and Fed. R. of Bankr. Pro. 1007(c)**

_____

Based upon the foregoing Motion to Extend Time for Filing Debtors' Completed Schedules in the Chapter 7 case of Raymond and Rhonda Link,

IT IS HEREBY ORDERED that: the Court extends the time for filing completed schedules to May 12, 2016, in order for the Debtors to review their financial situation with their counsel and finish gathering required documentation.

####### 

<u>Drafted by:</u>
MILLER & MILLER LAW, LLC
735 W. Wisconsin Ave., Suite 600
Milwaukee, WI 53233
(414) 277-7742