UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:

| | |
|---|---|
| CONNIE CROFT | 13-28684-SVK-7 |
| RIGOBERTO CERDA AND MARIBEL HERNANDEZ RODRIGUEZ | 14-34492-SVK-13 |
| JASON LEE AND ALLISON MICHELLE HOLM | 15-21233-SVK-13 |
| DARYL AND DIANE JOHNSON | 15-21979-SVK-13 |
| JOSE L. AND MARIA I. VILLAREAL | 15-26332-SVK-13 |
| RAYMOND AND RHONDA LINK | 16-23475-SVK-7 |
| TASHA TRACY | 16-24397-SVK-7 |
| MARTIN AND LINDY LINVILLE | 16-24953-SVK-7. |
| EFRAIN M. C. RAMIREZ AND ESPERANZA CASTILLO | 16-25462-SVK-13 |

Debtors.

## STIPULATION FOR THE SUBSTITUTION OF ATTORNEY FOR DEBTOR, TERMINATION OF KRYSTA L. KERR AS COUNSEL FOR THE ABOVE NAMED DEBTORS AND MOTION FOR APPROVAL OF STIPULATION
### (No Change in Law Firm Representation)

The undersigned attorneys stipulate to the substitution of James L. Miller in place of Krysta L. Kerr as the attorney of record for the above named Debtors. We certify that each Debtor named has been notified of this substitution with adequate time to object or to retain other counsel, and we have received no objection to the substitution or notice of retention of other counsel.

Attorney Krysta L. Kerr further moves for an order terminating her as counsel of record for the above named debtors.

The undersigned attorney further move for approval of the stipulation.

Dated this the 5th day of August, 2016 at Milwaukee, Wisconsin.

By: /s/ Krysta L. Kerr
Krysta L. Kerr
SBN 1090070

RESPECTFULLY SUBMITTED

By: /s/ James L. Miller
James L. Miller
SBN