THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 19, 2016



Susan V. Kelley
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In Re:

| | |
|---|---|
| CONNIE CROFT | 13-28684-SVK-7 |
| RIGOBERTO CERDA AND MARIBEL HERNANDEZ RODRIGUEZ | 14-34492-SVK-13 |
| JASON LEE AND ALLISON MICHELLE HOLM | 15-21233-SVK-13 |
| DARYL AND DIANE JOHNSON | 15-21979-SVK-13 |
| JOSE L. AND MARIA I. VILLAREAL | 15-26332-SVK-13 |
| RAYMOND AND RHONDA LINK | 16-23475-SVK-7 |
| TASHA TRACY | 16-24397-SVK-7 |
| MARTIN AND LINDY LINVILLE | 16-24953-SVK-7. |
| EFRAIN M. C. RAMIREZ AND ESPERANZA CASTILLO | 16-25462-SVK-13 |

      Debtors.

### ORDER APPROVING SUBSTITUTION OF COUNSEL FOR DEBTOR

Having reviewed the stipulation for the substation of attorney for the debtor, termination of Attorney Krysta L. Kerr as counsel of record for the above-reference debtors and motion for approval of stipulation,

**IT IS ORDERED:**

1. The motion is granted.

2. Ms. Kerr is terminated as counsel of record for the above named Debtors.

3. The stipulation is approved.

4. James L. Miller is substituted in place of Krysta L. Kerr as counsel of record for the above referenced Debtors.

#####